**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.    NO. 4:12CR00318-001  SWW | |
| MARCUS LAMONT EASON | DEFENDANT |

## ORDER

The jury trial shall commence ***MONDAY, DECEMBER 16, 2013 AT 1:30 P.M.***, ***IN COURTROOM #2A***.  Counsel should be present 30 minutes prior to the time of trial for any pretrial matters.

IT IS SO ORDERED this 3rd day of December 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE