# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

vs.   4:12-CR-00318-01  SWW
    4:20-CV-01242  SWW

**MARCUS LAMONT EASON**

## ORDER

Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 127) is DENIED because it is a successive habeas petition.[1]

As amended in April 1996 by the Antiterrorism and Effective Death Penalty Act, § 2255 requires that all successive § 2255 motions be certified by the appropriate court of appeals before they are considered by the district courts. Because Petitioner failed to obtain certification from the Court of Appeals for the Eighth Circuit, his petition must be dismissed for lack of jurisdiction.[2]

IT IS SO ORDERED this 26th day of October, 2020.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Defendant previously filed a habeas petition, which was denied, on October 15, 2018 (Doc. Nos. 113, 114).

[2] *Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000).