## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:12-CR-00318-BSM**

**MARCUS LAMONT EASON**                                         **DEFENDANT**
*Reg #27430-009*

### ORDER

Marcus Eason's *pro se* motion for compassionate release [Doc. No. 140] is denied because there are not extraordinary and compelling circumstances to warrant early release. *See* 18 U.S.C. § 3582(c)(1)(A).

Eason was sentenced by Judge Susan Webber Wright as an armed career criminal to 252 months' imprisonment for being a felon in possession of a firearm and 10 months' imprisonment for being a felon in possession of ammunition while on pretrial release. The sentences were run consecutively. Doc. No. 101. Eason is seeking compassionate release based on a change in the law.

First, compassionate release is not warranted because Eason's violent criminal history indicates that he is a danger to the community. PSR ¶¶ 7, 11, & 29–35. Second, Eason was properly sentenced under the Armed Career Criminal Act (ACCA). While it is true as Eason argues that his 2004 Arkansas conviction for delivery of cocaine no longer qualifies as a predicate offense for the ACCA, Eason has also been convicted of first degree battery, felony domestic battery in the third degree, and robbery. PSR ¶¶ 31 & 34–35.

It is also true that Eason's first sentence was remanded by the Eighth Circuit for re-sentencing upon the conclusion that his robbery conviction did not qualify as a predicate offense for the ACCA. Since then, however, the Eighth Circuit has held that robbery in Arkansas is a crime of violence and therefore would qualify as a predicate offense for the ACCA. *United States v. Smith*, 928 F.3d 714, 717 (8th Cir. 2019).

Finally, the section 3553(a) factors were considered at sentencing and nothing in the record supports a reduction. *See United States v. Ram*, No. 5:13-CR-50045, 2020 WL 3100837, at *3 (W.D. Ark. June 11, 2020) (no reason to revisit section 3553(a) factors when movant has not met his burden of showing extraordinary and compelling reasons to justify early release).

IT IS SO ORDERED this 19th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE